UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-CR-21 DRL-SLC |
| NATHAN KAISER, | |
| Defendant. | |

### ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed April 12, 2021. On April 12, 2021, Nathan Kaiser pleaded guilty to the sole count of the information, misdemeanor failure to maintain a record required to be kept pursuant to 18 U.S.C. § 923, in violation of 18 U.S.C. § 922(m). No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety. The plea of guilty to this offense as charged in the information is hereby accepted, and the defendant is adjudged guilty of this offense.

SO ORDERED.

April 29, 2021

*s/ Damon R. Leichty*
Judge, United States District Court